# United States District Court
# For the District of Columbia

SECURITIES AND EXCHANGE
COMMISSION,                                )
        Plaintiff(s)                    )         **APPEARANCE**
                             )
                             )
            vs.                      )         CASE NUMBER    1:07-cv-00120-CKK
GARY G. BELL, JOSEPH GRENDYS,              )
ANTHONY HOLOHAN, AND MICHAEL SMITH,        )
        Defendant(s)                    )

To the Clerk of this court and all parties of record:

Please enter the appearance of    William M. Sullivan, Jr.    as counsel in this
                                (Attorney's Name)

case for:   Joseph Grendys
                    (Name of party or parties)

| | |
|---|---|
| April 11, 2007 | /s/ William M. Sullivan, Jr. |
| Date | Signature |
| | William M. Sullivan, Jr. |
| D.C. Bar Number: 467269 | Print Name |
| BAR IDENTIFICATION | 1700 K Street, N.W. |
| | Address |
| | Washington, DC 20006-5000 |
| | City        State        Zip Code |
| | (202) 282-5000 |
| | Phone Number |