# UNITED STATES DISTRICT COURT
## DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-00120-CKK |
| GARY G. BELL, JOSEPH GRENDYS, ANTHONY HOLOHAN, and MICHAEL SMITH, | ) ) ) ) ) | Judge Colleen Kollar-Kotelly |
| Defendants. | ) ) ) | |

## MOTION TO ADMIT KURT STITCHER AND NICHOLAS J. SCHULER, JR. *PRO HAC VICE* PURSUANT TO LOCAL CIVIL RULE 83.2(d)

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Defendant Joseph Grendys, by and through undersigned counsel, hereby moves this Court to enter an order permitting Kurt Stitcher and Nicholas J. Schuler, Jr. of the law firm of Winston & Strawn LLP, to appear *pro hac vice* before this Court to represent Mr. Grendys in the above-referenced matter. Messrs. Stitcher and Schuler are members in good standing of the Bar of Illinois, and are duly licensed to practice law in Illinois. Further support for this motion is found in the attached Declarations of Kurt Stitcher and Nicholas J. Schuler, Jr.

WHEREFORE, Joseph Grendys respectfully requests that his motion to admit Kurt Stitcher and Nicholas J. Schuler, Jr. *pro hac vice* be granted.

Respectfully submitted,

Joseph Grendys

by his counsel,
WINSTON & STRAWN LLP

  /s/ William M. Sullivan, Jr.              
William M. Sullivan, Jr.
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006-5000
(312) 282-5000
Fax No. (312) 558-5700
wsullivan@winston.com

DATED this 11th day of April 2007.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2007, I electronically filed the foregoing MOTION TO ADMIT KURT STITCHER AND NICHOLAS J. SCHULER, JR. *PRO HAC VICE* PURSUANT TO LOCAL CIVIL RULE 83.2(d) with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Charles Derrick Stodghill
stodghillc@sec.gov

                           /s/ William M. Sullivan, Jr.
                           William M. Sullivan, Jr.
                           Attorney for Joseph Grendys
                           WINSTON & STRAWN LLP
                           1700 K Street, N.W.
                           Washington, DC 20006-5000
                           (312) 282-5000
                           Fax No. (312) 558-5700
                           wsullivan@winston.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE )
COMMISSION, )
          )
          Plaintiff, )
          )
      v. )
          )     Case No. 1:07-cv-00120-CKK
GARY G. BELL, )
JOSEPH GRENDYS, )     Judge Colleen Kollar-Kotelly
ANTHONY HOLOHAN, and )
MICHAEL SMITH, )
          )
          Defendants. )
          )
          )

## <u>DECLARATION OF KURT STITCHER</u>

Kurt Stitcher hereby declares under penalty of perjury:

1.     I am a partner with the law firm of Winston & Strawn LLP, with offices at 35 West Wacker Drive, Chicago, Illinois, 60601-9703, Telephone: (312) 558-5600, Facsimile: (312) 558-5700.

2.     I am duly licensed to practice law in the State of Illinois, and I am an "Inactive" member of the Pennsylvania State Bar. I am also admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Seventh and Eleventh Circuits, and the United States District Courts for the Northern and Central Districts of Illinois.

3.     I am familiar with the facts and circumstances of this case.

4.     I have never been disciplined, suspended, or disbarred by any court or in any jurisdiction. There are no disciplinary proceedings of any kind outstanding against me.

5.    I have not been admitted *pro hac vice* in this Court within the last two (2) years.

6.    For these reasons, I respectfully request that this Court issue an order permitting me to appear *pro hac vice* in this matter.  If admitted to practice before this Court *pro hac vice*, I will abide by the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 11, 2007

Kurt Stitcher
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601-9703
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:07-cv-00120-CKK |
| GARY G. BELL, | ) | |
| JOSEPH GRENDYS, | ) | Judge Colleen Kollar-Kotelly |
| ANTHONY HOLOHAN, and | ) | |
| MICHAEL SMITH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF NICHOLAS J. SCHULER, JR.

Nicholas J. Schuler, Jr. hereby declares under penalty of perjury:

1.      I am an associate with the law firm of Winston & Strawn LLP, with offices at 35 W. Wacker Drive, Chicago, Illinois. 60601-9703, Telephone:  (312) 558-5600, Facsimile:  (312) 558-5700.

2.      I am duly licensed to practice law in the State of Illinois.  I am also admitted to practice before the United States Courts of Appeals for the Seventh Circuit and the United States District Court for the Northern District of Illinois.

3.      I am familiar with the facts and circumstances of this case.

4.      I have never been disciplined, suspended nor disbarred by any court or jurisdiction.  There are no disciplinary proceedings of any kind outstanding against me.

5.      I have not been admitted *pro hac vice* in this Court within the last two (2) years.

6.     For these reasons, I respectfully request that this Court issue an order permitting me to appear *pro hac vice* in this matter. If admitted to practice before this Court *pro hac vice*, I will abide by the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 11, 2007

*Nicholas J. Schuler Jr.*

Nicholas J. Schuler, Jr.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE        )
COMMISSION,                    )
                               )
            Plaintiff,         )
                               )
        v.                     )
                               )        Case No. 1:07-cv-00120-CKK
GARY G. BELL,                  )
JOSEPH GRENDYS,                )        Judge Colleen Kollar-Kotelly
ANTHONY HOLOHAN, and           )
MICHAEL SMITH,                 )
                               )
            Defendants.        )
                               )
                               )

## <u>ORDER</u>

Upon consideration of the Motion for Admission *Pro Hac Vice* of Kurt Stitcher and

Nicholas J. Schuler, Jr. to represent Defendant Joseph Grendys in the above-referenced matter; it

is hereby ORDERED, that Kurt Stitcher and Nicholas J. Schuler, Jr. be admitted *pro hac vice* to

practice in the United States District Court for the District of Columbia as additional counsel of

record for Plaintiff in the above-referenced matter.

ENTERED this _____ day of _____, 2007.


_____
Colleen Kollar-Kotelly
United States District Judge