UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff*,

v.

GARY G. BELL, JOSEPH GRENDYS,
ANTHONY HOLOHAN, and MICHAEL SMITH,

*Defendants*.

Civil Action No. 1:07CV00120

## MOTION FOR *PRO HAC VICE* ADMISSION
## OF ATTORNEY MATTHEW G. JACOBS

Defendant Gary G. Bell, by and through the undersigned counsel, respectfully requests that attorney Matthew G. Jacobs be admitted *pro hac vice* and granted permission to fully participate as counsel in this matter, including being heard in open court.

Pursuant to LCvR 83.2(d), plaintiffs provide the following information:

1.   Full name of the attorney: Matthew G. Jacobs

2.   Office address and telephone number: 400 Capitol Mall, Suite 2400, Sacramento, CA 95814, telephone 916-930-3200.

3.   All bars to which attorney has been admitted: State of California, Northern, Eastern, Central and Southern Districts of California.

4.   Mr. Jacobs certifies that he has not been disciplined by any bar.

5.   Mr. Jacobs has not been admitted *pro hac vice* in this Court within the last two years.

6. Mr. Jacobs does not engage in the practice of law from an office located in the District of Columbia.

7. Mr. Jacobs has been admitted *pro hac vice* to the following Courts: United States District Court, Eastern District of Virginia.

Undersigned counsel, Nancy A. Luque, has been admitted to practice before the bar of this Court on August 7, 1989, and has known Mr. Jacobs as a colleague at DLA Piper US LLP.

WHEREFORE, defendant Gary G. Bell respectfully requests that Mr. Jacobs be admitted *pro hac vice* and granted permission to fully participate as counsel in this matter, including being heard in open court, pursuant to LCvR 83.2.

Respectfully submitted,

_____
Nancy A. Luque (DC Bar No. 419757)

**DLA PIPER US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

*Sponsoring member of the Bar of this Court and Counsel for Defendant Gary G. Bell*

_____
Matthew G. Jacobs (Cal. Bar No. # 122066)

**DLA PIPER US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>GARY G. BELL, JOSEPH GRENDYS,<br>ANTHONY HOLOHAN, and MICHAEL SMITH,<br><br>*Defendants.* | Civil Action No. 1:07CV00120 |

## ORDER

Upon consideration of Defendant Gary G. Bell's Motion for Pro Hac Vice Admission of Matthew G. Jacobs, it is this _____ day of _____, 2007, hereby:

ORDERED that the Motion be, and the same hereby, GRANTED; and it is further

ORDERED that Matthew G. Jacobs is admitted *pro hac vice* in this matter, and may be heard in open court pursuant to LCvR 83.2(d); and it is further

ORDERED that the clerk will enter the appearance of Matthew G. Jacobs on behalf of Defendant Gary G. Bell.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Matthew G. Jacobs
DLA PIPER US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Nancy A. Luque
DLA PIPER US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428

Charles D. Stodghill
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC  20549-4010

David Schertler
Schertler & Ororato LLP
601 Pennsylvania Ave NW
Washington, DC  20004-2601

Kurt Stitcher
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

Kenneth Murphy
Simon & Purtan, LLP
300 Rockefeller Plaza, 42nd Floor
New York, NY  10112