UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>GARY G. BELL, JOSEPH GRENDYS, ANTHONY HOLOHAN, and MICHAEL SMITH,<br><br>*Defendants*. | Civil Action No. 1:07CV00120 |

## ORDER

Upon consideration of Defendant Gary G. Bell's Motion for Pro Hac Vice Admission of Matthew G. Jacobs, it is this _____ day of _____, 2007, hereby:

ORDERED that the Motion be, and the same hereby, GRANTED; and it is further

ORDERED that Matthew G. Jacobs is admitted *pro hac vice* in this matter, and may be heard in open court pursuant to LCvR 83.2(d); and it is further

ORDERED that the clerk will enter the appearance of Matthew G. Jacobs on behalf of Defendant Gary G. Bell.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Matthew G. Jacobs
DLA PIPER US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Nancy A. Luque
DLA PIPER US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428

Charles D. Stodghill
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-4010

David Schertler
Schertler & Ororato LLP
601 Pennsylvania Ave NW
Washington, DC 20004-2601

Kurt Stitcher
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Kenneth Murphy
Simon & Purtan, LLP
300 Rockefeller Plaza, 42nd Floor
New York, NY 10112