UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br>GARY G. BELL, JOSEPH GRENDYS,<br>ANTHONY HOLOHAN, and MICHAEL SMITH,<br><br>*Defendants.* | Civil Action No. 1:07CV00120 |

## MOTION FOR *PRO HAC VICE* ADMISSION
## OF ATTORNEY DAVID A. PRIEBE

Defendant Gary G. Bell, by and through the undersigned counsel, respectfully requests that attorney David A. Priebe be admitted *pro hac vice* and granted permission to fully participate as counsel in this matter, including being heard in open court.

Pursuant to LCvR 83.2(d), plaintiffs provide the following information:

1. Full name of the attorney: David Allen Priebe

2. Office addresses and telephone number: 400 Capitol Mall, Suite 2400, Sacramento, CA 95814, telephone 916-930-3200.

3. All bars to which attorney has been admitted: State of California, Northern, Eastern, Central and Southern Districts of California.

4. Mr. Priebe certifies that he has not been disciplined by any bar.

5. Mr. Priebe has not been admitted *pro hac vice* in this Court within the last two years.

6.   Mr. Priebe does not engage in the practice of law from an office located in the District of Columbia.

7.   Mr. Priebe has been admitted *pro hac vice* to the following Courts: United States District Court, District of Colorado.

Undersigned counsel, Nancy A. Luque, has been admitted to practice before the bar of this Court on August 7, 1989, and has known Mr. Priebe as a colleague at DLA Piper US LLP.

WHEREFORE, defendant Gary G. Bell respectfully request that Mr. Priebe be admitted *pro hac vice* and granted permission to fully participate as counsel in this matter, including being head in open court, pursuant to LCvR 83.2.

Respectfully submitted,

_____
Nancy A. Luque (DC Bar No. 419757)

**DLA PIPER US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

*Sponsoring member of the Bar of this Court and Counsel for Defendant Gary G. Bell*

_____
David A. Priebe (CSB# 148679)

**DLA PIPER US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201