UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,
100 F Street N.E.
Washington, DC 20549

          Plaintiff,

vs.

GARY G. BELL,
JOSEPH GRENDYS,
ANTHONY HOLOHAN, and
MICHAEL SMITH,
          Defendants.

-------------------------------------------------------------------X

Case Number 1:07-cv-00120-CKK

**Notice of Appearance**

**Electronically Filed**

    PLEASE TAKE NOTICE that Bradley D. Simon, of the law firm of Simon & Partners LLP, shall appear as counsel of record for Defendant Anthony Holohan in the above-captioned matter.

Dated: April 17, 2007

                                            Bradley D. Simon
                                            DC Bar # 496741
                                            Simon & Partners LLP
                                            30 Rockefeller Plaza, 42nd Floor
                                            New York, N.Y. 10112
                                            bradsimon@simonlawyers.com
                                            (212) 332-8900 (p)
                                            (212) 332-8909 (f)

                                            and

                                            1750 North Street, N.W.
                                            Washington, D.C. 20036
                                            (202) 393-3555
                                            (202) 393-3150 (f)

                                            (Please use New York address for
                                            correspondence)

## CERTIFICATE OF SERVICE

**TERRENCE J. JOHNSON**, an attorney with the law firm of Simon & Partners LLP, attorneys for Anthony Holohan, hereby certifies that a true and correct copy of the Notice of Appearance Answer were delivered to all parties on April 17, 2007, as set forth below:

### By ECF, Email and Overnight Delivery

Charles Derrick Stodghill
U.S. Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549
stodghillc@sec.gov

Nancy Luque
DLA Piper US LLP
1200 19th Street, NW
Washington, DC 20036
Nancy.luque@dlapiper.com

William M. Sullivan, Jr.
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 2006
wsullivan@winston.com

Dated: New York, NY
       April 17, 2007

_____
Terrence J. Johnson
Simon & Partners LLP
30 Rockefeller Plaza, 42 Floor
New York, NY 10112
(212) 332-8900
(212) 332-8909 (facsimile)
terryjohnson@simonlawyers.com