UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GARY G. BELL, et al.,<br><br>Defendants. | Civil Action No.<br><br>1:07-cv-00120-CKK |

**NOTICE OF FILING**

**To the Clerk of Court and Counsel of Record:**

**PLEASE TAKE NOTICE** that Plaintiff Securities and Exchange Commission hereby submits for the Court's consideration the attached Stipulation and [Proposed] Order to Extend Time for the submission of Plaintiff's response to Defendant Gary G. Bell's Motion to Stay, or in the Alternative to Transfer to the District of Maryland, or in the Alternative to Dismiss for Failure to State a Claim and Mr. Bell's reply to Plaintiff's Opposition.

Dated:   April 26, 2007

Respectfully submitted,

/s/
Charles D. Stodghill (DC Bar No. 256792)
Matthew B. Greiner (DC Bar No. 448480)
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549
Telephone:  (202) 551-4413 (Stodghill)
Facsimile:  (202) 772-9246 (Stodghill)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GARY G. BELL, et al.,<br><br>Defendants. | Civil Action No.<br><br>1:07-cv-00120-CKK |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Gary G. Bell ("Bell"), acting through undersigned counsel, hereby STIPULATE and AGREE, subject to the Court's approval, that the time within which the Commission shall file its response to Mr. Bell's Motion to Stay, or in the Alternative, to Transfer to the District of Maryland, or in the Alternative to Dismiss for Failure to State a Claim, shall be extended to May 21, 2007. The Commission and Mr. Bell further STIPULATE and AGREE, subject to the Court's approval, that Mr. Bell shall file his reply on or before June 11, 2007.

Dated: April 26, 2007

                                                Respectfully submitted,

                                                /s/
                                            Charles D. Stodghill (DC Bar No. 256792)
                                            Matthew B. Greiner (DC Bar No. 448480)
                                            Attorneys for Plaintiff
                                            Securities and Exchange Commission
                                            100 F Street N.E.
                                            Washington, DC 20549
                                            Telephone: (202) 551-4413 (Stodghill)
                                            Facsimile: (202) 772-9246 (Stodghill)

                          /s/
_____
Nancy A. Luque (DC Bar No. 419757)
Matthew G. Jacobs (Pro Hac Vice)
David Priebe (Pro Hac Vice)
Attorneys for Defendant Gary Bell
DLA PIPER US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA  95814
(916) 930-3200
(916) 930-3201 (fax)


It is SO ORDERED this _____ day of April 2007.



_____
United States District Judge