UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GARY G. BELL,<br>JOSEPH GRENDYS,<br>ANTHONY HOLOHAN, and<br>MICHAEL SMITH,<br><br>Defendants. | Case No. 1:07-cv-00120-CKK<br><br>Judge Colleen Kollar-Kotelly |

**AMENDED DECLARATION OF KURT STITCHER IN SUPPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE***

Kurt Stitcher hereby declares under penalty of perjury:

1. I am a partner with the law firm of Winston & Strawn LLP, with offices at 35 W. Wacker Drive, Chicago, Illinois. 60601-9703, Telephone: (312) 558-5600, Facsimile: (312) 558-5700.

2. I am duly licensed to practice law in the State of Illinois. I am an inactive member of the Pennsylvania State Bar. I am also admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Seventh and Eleventh Circuits, and the United States District Courts for the Northern and Central Districts of Illinois.

3. I am familiar with the facts and circumstances of this case.

4. I have never been disciplined, suspended nor disbarred by any court or jurisdiction. There are no disciplinary proceedings of any kind outstanding against me.

5. I have not been admitted *pro hac vice* in this Court within the last two (2) years.

6. I am familiar with the local rules of this Court.

7. For these reasons, I respectfully request that this Court issue an order permitting me to appear *pro hac vice* in this matter. If admitted to practice before this Court *pro hac vice*, I will abide by the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2007

_____
Kurt Stitcher
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Respectfully submitted,

  /s/ William M. Sullivan, Jr._____
William M. Sullivan, Jr.
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006-5000
Phone: (202) 282-5000
Fax: (202) 282-5100
wsullivan@winston.com

## CERTIFICATE OF SERVICE

  I hereby certify that on May 2, 2007, I electronically filed the foregoing AMENDED DECLARATION OF KURT STITCHER IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE* with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Charles Derrick Stodghill
U.S. Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549
stodghillc@sec.gov
Attorney for Plaintiff SEC

Bradley D. Simon
Simon & Partners LLP
30 Rockefeller Plaza, 42nd Floor
New York, NY 10012
bradsimon@simonlawyers.com
Attorney for Defendant Michael Smith

Nancy Luque
DLA Piper LLP
1200 19th Street, NW
Washington, DC 20036
Nancy.luque@dlapiper.com
Attorney for Defendant Gary Bell


        /s/ William M. Sullivan, Jr.
        William M. Sullivan, Jr.