UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GARY G. BELL,<br>JOSEPH GRENDYS,<br>ANTHONY HOLOHAN, and<br>MICHAEL SMITH,<br><br>Defendants. | Case No. 1:07-cv-00120-CKK<br><br>Judge Colleen Kollar-Kotelly |

**AMENDED DECLARATION OF NICHOLAS J. SCHULER, JR.
IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE*__**

Nicholas J. Schuler, Jr. hereby declares under penalty of perjury:

1. I am an associate with the law firm of Winston & Strawn LLP, with offices at 35 W. Wacker Drive, Chicago, Illinois. 60601-9703, Telephone: (312) 558-5600, Facsimile: (312) 558-5700.

2. I am duly licensed to practice law in the State of Illinois. I am also admitted to practice before the United States Courts of Appeals for the Seventh Circuit and the United States District Court for the Northern District of Illinois.

3. I am familiar with the facts and circumstances of this case.

4. I have never been disciplined, suspended nor disbarred by any court or jurisdiction. There are no disciplinary proceedings of any kind outstanding against me.

5.    I have not been admitted *pro hac vice* in this Court within the last two (2) years.

6.    For these reasons, I respectfully request that this Court issue an order permitting me to appear *pro hac vice* in this matter. If admitted to practice before this Court *pro hac vice*, I will abide by the rules of this Court.

7.    I am familiar with the local rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2007

*/s/ Nicholas J. Schuler, Jr.*
Nicholas J. Schuler, Jr.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Respectfully submitted,

　/s/ William M. Sullivan, Jr.
William M. Sullivan, Jr.
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006-5000
Phone: (202) 282-5000
Fax: (202) 282-5100
wsullivan@winston.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2007, I electronically filed the foregoing AMENDED DECLARATION OF NICHOLAS J. SCHULER, JR. IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE* with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Charles Derrick Stodghill
U.S. Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549
stodghillc@sec.gov
Attorney for Plaintiff SEC

Bradley D. Simon
Simon & Partners LLP
30 Rockefeller Plaza, 42nd Floor
New York, NY 10012
bradsimon@simonlawyers.com
Attorney for Defendant Michael Smith

Nancy Luque
DLA Piper LLP
1200 19th Street, NW
Washington, DC 20036
Nancy.luque@dlapiper.com
Attorney for Defendant Gary Bell


                /s/ William M. Sullivan, Jr.
                William M. Sullivan, Jr.