UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>GARY G. BELL, JOSEPH GRENDYS, ANTHONY HOLOHAN, and MICHAEL SMITH,<br><br>*Defendants*. | Civil Action No. 1:07CV00120 |

## AFFIDAVIT OF MATTHEW G. JACOBS

I, Matthew G. Jacobs, declare:

1. I am an attorney at law duly admitted to practice in the State of California. If called as a witness, I would and could testify competently to the following matters:

2. On April 11, 2007, I submitted a Motion for Pro Hac Vice Admission to practice before this court on behalf of defendant Gary G. Bell in the above-captioned proceeding.

3. I certify that I have reviewed this Court's Local Rules and I am familiar with the contents thereof.

I hereby declare and affirm under the penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

                                                                            /s/ Matthew G. Jacobs
                                                                            Matthew G. Jacobs