## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    v.

GARY G. BELL, et al.,

        Defendants.

Civil Action No.

1:07-cv-00120-CKK

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND MEMORANDUM IN SUPPORT

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission ("Commission"), through undersigned counsel, respectfully moves for an enlargement of time to May 25, 2007, within which it must submit its response to the motion to dismiss the complaint filed by Defendant Joseph Grendys ("Grendys"). Plaintiff further requests that the Court extend the due date for Mr. Grendys's reply to the Commission's response to June 15, 2007.

In support of the instant request, Plaintiff submits the following:

1.      Currently, the Commission's opposition to Mr. Grendys's motion is due on or before May 15, 2007 and Defendant's reply would be due on May 25, 2007.

2.      The issues presented in this case are complex and, among other things, Plaintiff's counsel is presently heavily involved in preparing the Commission's opposition to a previously-filed motion by a different defendant in this action, Gary Bell ("Bell"), to stay or, in the alternative, to transfer to the District of Maryland or, in the alternative, to dismiss for failure to state a claim. The Commission's response to Mr.

Bell's motion, which presents similar, but not identical issues, is due on or before May 21, 2007.   Accordingly, Plaintiff needs additional time to address adequately the issues raised by Mr. Grendys's motion.  To allow Mr. Grendys a comparable amount of time within which to reply to the Commission's response, Plaintiff also requests that the due date for his reply be extended to June 11, 2007.

3.     This is the Commission's first request for an extension of time to respond to Mr. Grendys's motion.  Counsel for Defendant has authorized Plaintiff's counsel to state that Mr. Grendys consents to the requested relief.

Dated:  May 11, 2007

Respectfully submitted,

_____/s/_____
Charles D. Stodghill (DC Bar No. 256792)
Matthew B. Greiner (DC Bar No. 448480)
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549
Telephone:  (202) 551-4413 (Stodghill)
Facsimile:  (202) 772-9246 (Stodghill)