# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GARY G. BELL, JOSEPH GRENDYS, )<br>ANTHONY HOLOHAN, and )<br>MICHAEL SMITH,  )<br>  )<br>Defendants.  )<br>  ) | Case No. 1:07-cv-00120-CKK<br><br>Judge Colleen Kollar-Kotelly |

### NOTICE OF CHANGE OF AFFILIATION

PLEASE TAKE NOTICE that the undersigned, Lead Counsel of Record for Defendant Joseph Grendys, is no longer affiliated with the law firm of Winston & Strawn LLP. Effective June 1, 2007, the undersigned's new affiliation and contact information is as follows:

>Kurt Stitcher, Esq.
>Levenfeld Pearlstein, LLC
>2 North LaSalle Street, Suite 1300
>Chicago, Illinois  60602
>Phone:  (312) 476-7597
>Fax:  (312) 346-8434
>kstitcher@lplegal.com

Please direct all future filings, orders, and correspondence to the undersigned at the foregoing street and/or email address.

It is the understanding of the undersigned that Winston & Strawn LLP will be filing a Motion to Withdraw its appearance on behalf of Mr. Grendys in conjunction with the filing of this Notice of Change of Affiliation.

1

Respectfully submitted,

Joseph Grendys

by his counsel,
LEVENFELD PEARLSTEIN, LLC

  /s/ Kurt Stitcher
Kurt Stitcher
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois  60602
Phone:  (312) 476-7597
Fax:  (312) 346-8434
kstitcher@lplegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2007, I electronically filed the foregoing NOTICE OF CHANGE OF AFFILIATION with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Charles Derrick Stodghill
U.S. Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549
stodghillc@sec.gov
Attorney for Plaintiff SEC

Bradley D. Simon
Simon & Partners LLP
30 Rockefeller Plaza, 42nd Floor
New York, NY 10012
bradsimon@simonlawyers.com
Attorney for Defendant Michael Smith

Nancy Luque
DLA Piper LLP
1200 19th Street, NW
Washington, DC 20036
Nancy.luque@dlapiper.com
Attorney for Defendant Gary Bell

/s/ Kurt Stitcher
Kurt Stitcher

2