UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GARY G. BELL, et al.,<br><br>Defendants. | Civil Action No.<br><br>1:07-cv-00120-CKK |

**DEFENDANT GARY G. BELL'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND MEMORANDUM IN SUPPORT**

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, defendant Gary G. Bell, through his undersigned counsel, respectfully moves for an enlargement of time to June 29, 2007, as the deadline to submit his reply brief in support of his Motion to Stay, or in the Alternative to Transfer to the District of Maryland, or in the Alternative to Dismiss for Failure to State a Claim.

In support of this motion, Mr. Bell submits the following:

This motion should be granted because the SEC has stipulated to the requested relief. Counsel for the SEC has authorized the undersigned to move this Court for a continuance and does not oppose this motion. Mr. Bell has not previously requested any continuance in this matter. A two week continuance to June 29, 2007 will allow Mr. Bell sufficient time to respond to the complex issues raised in the SEC's opposition.

2

Moreover, one of the attorneys working on the reply brief is awaiting the imminent birth of his child.

Dated: June 13, 2007

                                    Respectfully submitted,

                                    /s/ Matthew G. Jacobs
Nancy A. Luque (DC Bar # 419757)
Matthew G. Jacobs (*Pro Hac Vice*)
David Priebe (*Pro Hac Vice*)
Attorneys for Defendant Gary Bell
DLA PIPER US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
(916) 930-3200