# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GARY G. BELL, JOSEPH GRENDYS, )<br>ANTHONY HOLOHAN, and )<br>MICHAEL SMITH, )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-00120-CKK<br><br>Judge Colleen Kollar-Kotelly |

**JOSEPH GRENDYS'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, Defendant Joseph Grendys, by and through his undersigned counsel, respectfully requests an extension of time, until June 29, 2007, to file his Reply Brief in support of his Motion to Dismiss. In support of this Motion, Mr Grendys states as follows:

1. Lead counsel for Mr. Grendys recently changed his firm affiliation. In connection with the transition, counsel spent several days on either end of the move dealing with logistical issues, including a physical relocation, out-processing from his former firm, and undergoing training and orientation at his new firm. All told, counsel "lost" approximately three weeks of time engaging in activities related to this professional transition.

2. Although counsel has recently been able to turn his attention to the Reply Brief, the issues raised in the Motion to Dismiss and in the SEC's Response require additional time to address properly.

1

3. Plaintiff SEC has consented to the request for an extension of time, and Mr. Grendys is not interposing the request for purposes of delay.

4. Defendant Bell recently requested a similar extension of time, and by making both Reply Briefs due on the same day – *i.e.,* June 29, 2007 – the Court can keep both defendants' motions on the same briefing schedule.

WHEREFORE, Mr. Grendys respectfully requests that the Court grant him until June 29, 2007, to file a Reply Brief in Support of his Motion to Dismiss.

> Respectfully submitted,
>
> Joseph Grendys
>
> by his counsel,
> LEVENFELD PEARLSTEIN, LLC
>
>   /s/ Kurt Stitcher
> Kurt Stitcher
> LEVENFELD PEARLSTEIN, LLC
> 2 North LaSalle Street, Suite 1300
> Chicago, Illinois  60602
> Phone:  (312) 476-7597
> Fax:  (312) 346-8434
> kstitcher@lplegal.com

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2007, I electronically filed the foregoing NOTICE OF CHANGE OF AFFILIATION with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Charles Derrick Stodghill<br>U.S. Securities and Exchange Commission<br>100 F. Street, NE<br>Washington, DC 20549<br>stodghillc@sec.gov<br>Attorney for Plaintiff SEC | Bradley D. Simon<br>Simon & Partners LLP<br>30 Rockefeller Plaza, 42nd Floor<br>New York, NY 10012<br>bradsimon@simonlawyers.com<br>Attorney for Defendant Anthony Holohan |
| Nancy Luque<br>DLA Piper LLP<br>1200 19th Street, NW<br>Washington, DC 20036<br>Nancy.luque@dlapiper.com<br>Attorney for Defendant Gary Bell | Matthew G. Jacobs<br>DLA Piper LLP<br>400 Capitol Mall, Suite 2400<br>Sacramento, California  95814<br>Matthew.jacobs@dlapiper.com<br>Attorney for Defendant Gary Bell |

          /s/ Kurt Stitcher
          Kurt Stitcher

LP  1311073.1 \ 36387-71374