# UNITED STATES DISTRICT COURT
## DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-00120-CKK |
| GARY G. BELL, JOSEPH GRENDYS, ANTHONY HOLOHAN, and MICHAEL SMITH, | ) ) ) ) | Judge Colleen Kollar-Kotelly |
| Defendants. | ) ) ) ) | |

## MOTION TO WITHDRAW APPEARANCES

Pursuant to Local Rule 83.6(c), William M. Sullivan, Jr. and Nicholas J. Schuler, Jr. respectfully move to withdraw their appearances as counsel of record for Defendant Joseph Grendys in the above-captioned matter, and in support state as follows:

1.     William M. Sullivan, Jr. and Nicholas J. Schuler, Jr. are attorneys at the law firm of Winston & Strawn LLP and are counsel of record for Defendant Joseph Grendys in the above-captioned matter.

2.     As of June 1, 2007, Winston & Strawn was informed that Defendant Joseph Grendys would no longer be represented by Winston & Strawn.  Defendant Joseph Grendys informed Winston & Strawn that he will now be represented by Levenfeld Pearlstein LLC and its attorney Mr. Kurt Stitcher, formerly of Winston & Strawn.  Accordingly, the above named individuals, and any other Winston & Strawn attorney having made an appearance in this matter will no longer represent Mr. Grendys in this action.

3.     Because Mr. Grendys will continue to be represented by Mr. Stitcher, no delay or prejudice will occur.

WHEREFORE, for the foregoing reasons, William M. Sullivan, Jr. and Nicholas J. Schuler, Jr. respectfully request that this Court grant their motion to withdraw their appearances as counsel of record for Defendant Joseph Grendys in the above-captioned matter.


Respectfully submitted,

WINSTON & STRAWN LLP

  /s/ William M. Sullivan, Jr.
William M. Sullivan, Jr.
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006-5000
(202) 282-5000
Fax No. (202) 282-5100

and

  /s/ Nicholas J. Schuler, Jr.
Nicholas J. Schuler, Jr.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
(312) 558-5600
Fax No. (312) 558-5700



DATED this 15th day of June 2007.

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing MOTION TO WITHDRAW APPEARANCES with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Charles Derrick Stodghill
U.S. Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549
stodghillc@sec.gov
Attorney for Plaintiff SEC

Bradley D. Simon
Simon & Partners LLP
30 Rockefeller Plaza, 42nd Floor
New York, NY 10012
bradsimon@simonlawyers.com
Attorney for Defendant Michael Smith

Nancy Luque
DLA Piper LLP
1200 19th Street, NW
Washington, DC 20036
Nancy.luque@dlapiper.com
Attorney for Defendant Gary Bell

Matthew G. Jacobs
DLA PIPER US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
matthew.jacobs@dlapiper.com
Attorney for Defendant Gary Bell

Kurt Stitcher
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
kstitcher@lplegal.com
Attorney for Joseph Grendys

   /s/ Nicholas J. Schuler, Jr.
Nicholas J. Schuler, Jr.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-00120-CKK |
| GARY G. BELL, JOSEPH GRENDYS, ANTHONY HOLOHAN, and MICHAEL SMITH, | ) ) ) ) ) | Judge Colleen Kollar-Kotelly |
| Defendants. | ) ) ) | |

## ORDER WITHDRAWING APPEARANCES

Upon consideration of the motion to withdraw the appearances of William M. Sullivan, Jr. and Nicholas J. Schuler, Jr., as counsel of record for Defendant Joseph Grendys in the above-referenced matter, it is hereby ORDERED, that the appearances of William M. Sullivan, Jr. and Nicholas J. Schuler, Jr. as counsel of record for Defendant Joseph Grendys in the above-referenced matter are hereby withdrawn.

ENTERED this _____ day of _____, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge