# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE )
COMMISSION, )
             )
    Plaintiff, )
             )
    v.       )   Case No. 1:07-cv-00120-CKK
             )
GARY G. BELL, JOSEPH GRENDYS, )   Judge Colleen Kollar-Kotelly
ANTHONY HOLOHAN, and )
MICHAEL SMITH, )
             )
    Defendants. )
             )

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to this Court's Minute Order of June 19, 2007, please enter the appearance of the undersigned as Counsel of Record for Defendant Joseph Grendys. The undersigned has previously been admitted to practice before this Court *pro hac vice*.

Respectfully submitted,


  /s/ Kurt Stitcher
Kurt Stitcher
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
Phone: (312) 476-7597
Fax: (312) 346-8434
kstitcher@lplegal.com

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2007, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Charles Derrick Stodghill<br>U.S. Securities and Exchange Commission<br>100 F. Street, NE<br>Washington, DC 20549<br>stodghillc@sec.gov<br>Attorney for Plaintiff SEC | Bradley D. Simon<br>Simon & Partners LLP<br>30 Rockefeller Plaza, 42nd Floor<br>New York, NY 10012<br>bradsimon@simonlawyers.com<br>Attorney for Defendant Anthony Holohan |
| Nancy Luque<br>DLA Piper LLP<br>1200 19th Street, NW<br>Washington, DC 20036<br>Nancy.luque@dlapiper.com<br>Attorney for Defendant Gary Bell | Matthew G. Jacobs<br>DLA Piper LLP<br>400 Capitol Mall, Suite 2400<br>Sacramento, California  95814<br>Matthew.jacobs@dlapiper.com<br>Attorney for Defendant Gary Bell |

      /s/ Kurt Stitcher
      Kurt Stitcher

LP  1326266.1 \ 36387-71374